**Robert GOSS; Shirley Goss,
Plaintiffs–Appellants,**

v.

**BANK OF AMERICA, NA, Successor
by merger to BAC Home Loans Ser-
vicing, LP, Defendant–Appellee.**

No. 13–1310.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 28, 2013.

Decided: Nov. 8, 2013.

Jason Ostendorf, Law Office of Jason
Ostendorf LLC, Baltimore, Maryland, for
Appellants. Craig R. Haughton, McGuire-
woods LLP, Baltimore, Maryland; K. Lor-
raine Lord, McGuirewoods LLP, Rich-
mond, Virginia, for Appellee.

Before NIEMEYER, WYNN, and
FLOYD, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Homeowners Robert and Shirley Goss
appeal the district court's orders dismiss-
ing their civil action against the servicer of
their mortgage, in which the Gosses al-
leged various Maryland state law claims
related to their request to participate in
the Home Affordable Modification Pro-
gram ("HAMP"), and denying their motion
to reconsider that order. We have re-
viewed the record and find no reversible
error. *See Spaulding v. Wells Fargo
Bank*, 714 F.3d 769 (4th Cir.2013). Ac-
cordingly, we affirm for the reasons stated
by the district court. *See Goss v. Bank of
Am.*, No. 1:12–cv–02680–CCB (D.Md. Jan.
8, 2013; Feb. 7, 2013). We dispense with
oral argument because the facts and legal
contentions are adequately presented in
the materials before this court and argu-
ment would not aid the decisional process.

*AFFIRMED.*